UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARO KOSIN,<br><br>　　　　Petitioner<br><br>　　v.<br><br>V. ARAIZA-RAMIREZ, Warden,<br><br>　　　　Respondent. | Case No. EDCV 25-0665 AH (SSC)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is **DENIED**, and this action is **DISMISSED** with prejudice.

　　　IT IS SO ORDERED.

Dated: August 22, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANNE HWANG
　　　　　　　　　　　　　　　　United States District Judge